IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 00-11031

---

A. J. SINGLETON,

Plaintiff-Appellant,

versus

THE CITY OF FORT WORTH; ET AL,

Defendants,

THE CITY OF FORT WORTH,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Northern District of Texas
(4:98-CV-238)

---

July 12 2001

Before HIGGINBOTHAM and BENAVIDES, Circuit Judges, and LITTLE[*], District Judge.

PER CURIAM:[**]

We are not persuaded that there is a genuine issue of material fact regarding Singleton's claims made under 42 U.S.C. § 1983 for the reason that a reasonable jury could not find the requisite

---

[*] District Judge of the Western District of Louisiana, sitting by designation.

[**] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

causation between a city policy and the claimed injury.  The remaining claims are equally without merit.

AFFIRMED.